```
                              United States Bankruptcy Court
                               Central District of California
In re:                                                                Case No. 15-16378-SK
Alexandra Torres                                                      Chapter 7
          Debtor
                                CERTIFICATE OF NOTICE
District/off: 0973-2          User: admin              Page 1 of 2             Date Rcvd: Aug 03, 2015
                              Form ID: b18             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2015.
db            +Alexandra Torres,    1604 W. 146th St.,    Gardena, CA 90247-2315
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
36214088      +Equifax,    PO Box 105873,   Atlanta, GA 30348-5873
36214089      +Experian,    PO Box 4500,   Allen, TX 75013-1311
36214095      +L.A. Superior Court,    court case no.12CT0080,    12720 Norwalk Blvd.,   Norwalk, CA 90650-3195
36214097      +Ocwen Loan Servicing LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
36214100      +Sentry Credit Inc.,    PO Box 12070,   Everett, WA 98206-2070
36214102      +Transunion Corporation,    Public Records Department,    555 West Adams St.,
                Chicago, IL 60661-3631
36214103      +U.S. Attorneys Office,    Tax Division Rm 2315,    300 N. Los Angeles St.,
                Los Angeles, CA 90053-3336
36214104      +U.S. Justice Dept/Tax Division,    Ben Franklin Station,    PO Box 683 Western Region,
                Washington, DC 20044-0683
36214105      +Winn Law Group,    110 E. Wilshire Ave. Ste.212,    Fullerton, CA 92832-1960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJMRUND.COM Aug 04 2015 02:53:00      Jason M Rund (TR),   Sheridan & Rund,
                840 Apollo Street, Suite 351,    El Segundo, CA 90245-4762
smg            EDI: EDD.COM Aug 04 2015 02:54:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Aug 04 2015 02:53:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA 95812-2952
36428815       EDI: BECKLEE.COM Aug 04 2015 02:53:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
36214081      +EDI: ACCE.COM Aug 04 2015 02:53:00      Asset Acceptance LLC,   PO Box 1630,
                Warren, MI 48090-1630
36214082       EDI: BANKAMER.COM Aug 04 2015 02:53:00      Bank of America,   PO Box 982235,
                El Paso, TX 79998
36214083       EDI: CHASE.COM Aug 04 2015 02:53:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
36214084      +EDI: CHASE.COM Aug 04 2015 02:53:00      Chase/Bank One Card Srvcs,   PO Box 15298,
                Wilmington, DE 19850-5298
36214085      +EDI: CITICORP.COM Aug 04 2015 02:53:00      Citicards CBNA,   701 E. 60th St. N.,
                Sioux Falls, SD 57104-0432
36214086       EDI: DISCOVER.COM Aug 04 2015 02:53:00      Discover bank,   PO Box 15316,
                Wilmington, DE 19850
36214087      +EDI: TSYS2.COM Aug 04 2015 02:53:00      DSNB/Macys,   PO Box 17759,   Clearwater, FL 33762-0759
36214090      +EDI: FSAE.COM Aug 04 2015 02:53:00      Firstsource Advantage LLC,   205 Bryant Woods South,
                Buffalo, NY 14228-3609
36214091       EDI: CALTAX.COM Aug 04 2015 02:53:00      Franchise Tax Board,   Special Procedures,
                PO Box 2952,    Sacramento, CA 95812-2952
36214092      +EDI: HFC.COM Aug 04 2015 02:53:00      HSBC/Levitz,   PO Box 9,   Buffalo, NY 14240-0009
36214093       EDI: IRS.COM Aug 04 2015 02:53:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
36214094      +E-mail/Text: civil@kernsheriff.com Aug 04 2015 02:51:07      Kern County Sheriff's Office Civil,
                case no. 12CT0080,    5251 Office Park Dr. #300,    Bakersfield, CA 93309-0667
36214096      +EDI: MID8.COM Aug 04 2015 02:53:00      Midland Funding LLC,   8875 Aero Dr., Suite 200,
                San Diego, CA 92123-2255
36214098       EDI: PRA.COM Aug 04 2015 02:53:00      Portfolio Recovery Associates,
                120 Corporate Blvd.Ste.100,    Norfolk, VA 23502
36214099      +E-mail/Text: bkdepartment@rtresolutions.com Aug 04 2015 02:50:25      Real Time Resolutions Inc.,
                1349 Empire Central Dr.,    Suite 150,   Dallas, TX 75247-4029
36214101      +EDI: RMSC.COM Aug 04 2015 02:53:00      SYNCB/Old Navy,   PO Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2015                            Signature:  /s/Joseph Speetjens

```
District/off: 0973-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 03, 2015
                              Form ID: b18               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2015 at the address(es) listed below:
              Gilbert B Weisman, ll    on behalf of Creditor    American Express Centurion Bank
               notices@becket-lee.com
              Jasmine   Firooz    on behalf of Debtor Alexandra   Torres jasminefirooz@gmail.com,   yasi29@yahoo.com
              Jason M Rund (TR)     trustee@srlawyers.com,    jrund@ecf.epiqsystems.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Alexandra Torres

**BANKRUPTCY NO.** 2:15−bk−16378−SK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−4312
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 8/3/15

**Address:**
1604 W. 146th St.
Gardena, CA 90247

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 3, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30                                                                                           8 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.